| Return | | |
|---|---|---|
| Case No.: 3:23-mj-408 | Date and time warrant executed: November 22, 2023 at 9:11 a.m. | Copy of warrant and inventory left with: USPIS |

Inventory made in the presence of :
Postal Inspector Jarred Schnackenberg

Inventory of the property taken and name of any person(s) seized:
One clear vacuum sealed bag containing suspected fentanyl that weighs approximately 235 gross grams.

FILED
Charlotte
Mar 05 2024
U.S. District Court
Western District of N.C.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/29/2023

_____
Executing officer's signature

Kenneth Maher, Postal Inspector
*Printed name and title*